# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MICHAEL STOKES, | : No. 23 EAP 2015 |
| | : |
| Appellant | : Appeal from the Order of Commonwealth |
| | : Court entered 4/17/2015 at No. 2 MD 2015. |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the order of the Commonwealth Court is **AFFIRMED.**